MONA ASBEROM — Nev. Bar #3674
JAMES LEONARD BROWN — Nev. Bar #3686
ASBEROM & BROWN, LLC
ATTORNEYS AT LAW
2211 PARADISE ROAD
LAS VEGAS, NEVADA 89104
(702) 733-8818
(702) 733-8366 (Fax)
asbrwnlaw@yahoo.com (email)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISSANDRA CHAY, A MINOR, BY AND THROUGH SYTOON SYPRASOEUTH, HER FATHER AND GUARDIAN AD LITEM; and SYTOON SYPRASOEUTH,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, A MEMBER OF THE AMERICAN FAMILY INSURANCE GROUP, MADISON, WI; AMERICAN FAMILY INSURANCE GROUP; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: **2:11-cv-00672-JCM-RJJ**<br><br>**ORDER APPROVING PETITION FOR COMPROMISE MINOR'S CLAIM** |

The Petition of SYTOON CHRIS SYPRASOEUTH, the natural father and guardian ad litem of Plaintiff, KRISSANDRA CHAY, a minor ("the Minor"), for approval of the compromise of the Minor's claims pursuant to a settlement with Defendant, for the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00) in consideration of a full release and a dismissal of this action, having been filed herein on August 2, 2011, and no opposition thereto having been filed, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. The Petition for compromise of the Minor's claims, for the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00) in consideration of a full release and a dismissal of this action is hereby GRANTED.

2. The $15,000.00 settlement proceeds shall be allocated and disbursed as follows:

**TOTAL SETTLEMENT**:                                                                $15,000.00

**DISBURSEMENTS/PAYEE**:

A. ASBEROM & BROWN, LLC (Attorneys Fees 40%) $ 6,000.00

B. ASBEROM & BROWN, LLC (Costs Expended)     $   380.00

**Total Deductions from Settlement**            **$ 6,380.00**

**NET RECOVERY TO MINOR**:                                                    $ 8,620.00

3. The Net Recovery to Minor, after deduction of the sum of $6,000.00 for attorneys' fees, and $380.00 for costs and litigation expenses, in **the net sum of EIGHT THOUSAND, SIX HUNDRED AND TWENTY DOLLARS ($8,620.00)** shall be placed in an interest-bearing blocked savings account for the benefit of the Minor at **Wells Fargo Bank, 7530 West Lake Mead Boulevard**, Las Vegas, Nevada 89128. That said monies to be released to the Minor on or after January 1, 2012, upon the Minor attaining the age of majority, or earlier, only if by Order of this Court, upon a showing that the withdrawal is in the best interests of the minor child.

4. Authorization to establish the above-described blocked trust account for the benefit of the Minor is hereby given to the Petitioner, SYTOON CHRIS SYPRASOEUTH.

**IT IS SO ORDERED**

Dated: October 18, 2011          *[signature]* James C. Mahan
                                  UNITED STATES DISTRICT JUDGE